AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| United States of America ) | Case No: 8:18-cr-00026-CEH-SPF-1 |
| v. ) | USM No: 69931-018 |
| Azael Lopez Astaiza ) | PACTS#: 4427733 |
| Date of Original Judgment: 10/04/2018 ) | |
| Date of Previous Amended Judgment: 10/11/2018 ) | Meghan Ann Collins |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  108  months **is reduced to**  87 months  *nunc pro tunc* to the date of the original sentence, or **TIME SERVED**, whichever is greater.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  10/11/2018  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  02/01/2024

Effective Date:  02/15/2024
*(if different from order date)*

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge